COUNTY OF WESTCHESTER, Appellant, v. WILLIAM F. ROANTREE and LOUISE

B. ROANTREE, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.